UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20059-CR-GOLD/BANDSTRA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAVID BRAUNER,

    Defendant.
    _____/

### ORDER FINDING THAT DEFENDANT PRESENTLY IS INCOMPETENT TO STAND TRIAL AND COMMITTING HIM TO THE CUSTODY OF THE ATTORNEY GENERAL FOR COMPETENCY RESTORATION TREATMENT

This matter is before the Court pursuant to this Court's Order for Psychiatric/Psychological Evaluation, dated January 25, 2008, granting defendant David Brauner's unopposed *ore tenus* motion to determine competency. On or about March 12, 2008, the Warden of the Federal Detention Center provided this Court and counsel for both parties the results of a comprehensive competency evaluation performed on defendant (the "Competency Evaluation"). The Competency Evaluation recommended that defendant be found incompetent to stand trial and that he undergo mandatory competency restoration treatment.

On March 20, 2008, this Court conducted a status conference at which the parties stipulated to defendant's incompetency and agreed that defendant be committed to a treatment facility in an attempt to be restored to competence.

Based on the Competency Evaluation, the stipulation of the parties and the observations of defendant by the undersigned Magistrate Judge during his appearance at

his initial court appearance, the Court finds, as required by Title 18, United States Code, Section 4241(d), by a preponderance of the evidence, that defendant presently is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly, **IT IS ORDERED** that, pursuant to Title 18, United States Code, Section 4241(d), defendant is committed to the custody of the Attorney General, who shall hospitalize defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months from the date of this Order, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

**IT IS FURTHER ORDERED** that the Attorney General, through the United States Attorney's Office, shall file monthly reports concerning defendant's status and provide copies to counsel of record.

The period from defendant's *ore tenus* motion to determine competency until this Court renders a further order addressing defendant's mental competency following his hospitalization for treatment, is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(A).

**IT IS FURTHER ORDERED** that this matter is set for a status hearing before the undersigned on **Monday, July 28, 2008 at 10:00 A.M.** in the South Courtroom, United States District Court, 300 NE 1st Avenue, Miami, Florida, 33132. Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written

motion.

**DONE AND ORDERED** at Miami, Florida this **26th** day of March, 2008.

                                          JOHN J. O'SULLIVAN
                                          UNITED STATES MAGISTRATE JUDGE

cc:
Judge Gold
All counsel of Record
U.S. Marshal (2 Certified)