UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20059-CR-GOLD/MCALILEY

UNITED STATES OF AMERICA
    Plaintiff,

vs.

DAVID BRAUNER,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court following a status conference concerning the defendant's competency. On November 14, 2008, the parties received correspondence from the Federal Medical Center in Butner, North Carolina indicating that the defendant is mentally incompetent and there is no substantial probability that the defendant's competence will be restored in the foreseeable future. See Order (DE# 48, 11/14/08). On November 17, 2008, the undersigned heard from the government and from counsel for the defendant at a status conference. The parties agree that the defendant should be examined pursuant to Title 18, United States Code, Section 4246 to determine whether the defendant is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another. Accordingly, it is

ORDERED AND ADJUDGED that by **Friday, November 21, 2008 at 3:00 p.m.**, the government shall submit an agreed proposed order for an examination of the defendant pursuant to Title 18, United States Code, Section 4246.

DONE AND ORDERED in Chambers at Miami, Florida this **17th** day of November, 2008.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Gold
All counsel of Record